Fitzgerald v. Bond. — Motion for leave to appeal to the Court of Appeals granted.

Charles E. Bard, Respondent. v. Daniel F. Cridler. Appellant. — Ordered, that the order dismissing the appeal in this case be corrected so as to allow ten dollars costs and disbursements, without costs of this motion to either party.

John B. Smith, Respondent, v. Abram T. Kerr, Appellant. — Motion for leave to appeal to the Court of Appeals granted. Haight, J., not sitting.

The Bank of Batavia v. The New York, Lake Erie and Western Railroad Company.—Motion for leave to appeal to the Court of Appeals granted.

George Waterman and others v. Gideon Webster and others. Motion for reargument denied, without costs.

Seth G. Rowley and others, Appellants, v. The Methodist Episcopal Society of Medina, Respondent. — Motion for reargument denied, without costs.

David R. King v. The United States Life Insurance Company. — Motion for leave to appeal to the Court of Appeals denied, without costs.

William A. Lewis, Plaintiff, v. Charles Barton and others, Defendants. — Ordered, that the decision of this court be corrected so as to reverse the judgment as to defendant, Charles Barton, and as to him a new trial is granted, with costs, and as to the other defendants judgment affirmed, with costs. Motion by plaintiff for reargument denied, without costs of this motion

In the Matter of Petition of Lewis H. Clark, a tax-payer, etc. — Motion for leave to appeal to the Court of Appeals granted.

John A. Campbell v. Edmund Kelley. — Motion for leave to appeal to the Court of Appeals, or for reargument denied. Mem. by Barker, J.

The Throop Grain Cleaner Company v. H. Cordelia Smith. — Ordered, that motion for reargument be granted.

The Commercial Bank of Keokuk v. Christian Pfeiffer. — Motion for leave to appeal to the Court of Appeals granted.

The People of the State of New York v. Frederick Jenner. — Appeal dismissed.

Angeline C. Johnson and others, Administrators, etc., Respondents, v. Maria J. Meyers, as Executrix, etc., Appellant. — Judgment modified by deducting therefrom as of the date of the report May 18, 1883, $10,446.31, and as so modified affirmed, without costs of this appeal to either party. Opinion by Bradley, J.

Angeline C. Johnson and others, Administrators, etc., Respondents, v. Maria J. Meyers, Appellant. — Judgment modified by deducting therefrom as of the date of the report March 8, 1883, $3 394.33, and as so modified affirmed, without costs of this appeal to either party. Mem. by Bradley, J.

Same v. Same. — Order granting additional allowance affirmed, without costs.

Susan A. Smith, Respondent, v. Benjamin W. Stanton, Executor, etc., Appellant. — Judgment affirmed, with costs. Opinion by Haight, J.

Esther Ann Stanton, Respondent, v. Benjamin W. Stanton, Executor, etc., Appellant. — Judgment affirmed, with costs, upon the opinion of Haight, J., in *Smith* v. *Stanton.*

Henry French, Respondent, v. William H. St. John, Appellant. — Judgment and order affirmed. Opinion by Bradley, J.

Henry L. Wingate, Respondent, v. John H. Haskins, Appellant. — Judgment affirmed. Opinion by Haight, J.

William Young and others, Respondents, v. Reuben Eastland, as Executor, etc., Appellant.—Judgment affirmed, with costs. Opinion by Bradley, J.

John Clough, Respondent. v. The Gilman Manufacturing Company, Appellant. — Judgment affirmed. Opinion by Barker, J.

Daniel Gavin, Respondent, v. Ferdinand H. Duckwitz, Appellant. — Judgment and order affirmed. Opinion by Haight, J.

Benjamin McElwain, Plaintiff, v. The Erie Railway Company, Defendant. — Motion for new trial granted, with costs to abide event. Opinion by Barker, J. ; Haight, J., not sitting.

Jeannette Andrews, Respondent, v. Samuel D. Purdy, Appellant. — Judgment and order reversed and new trial granted, with costs to abide the event. Opinion by Barker, J. ; Haight, J., not sitting. Order denying new trial on the ground of newly discovered evidence affirmed, without costs.

Christoff Schwinger v. Alonzo B. Raymond and others, Appellants. — Judgment and order affirmed. Opinion by Haight, J. ; Barker, J., not sitting.

James H. Swarthout, Respondent, v. Le Roy L. Chadwick, Appellant. — Judgment affirmed, Opinion by Rumsey, J. ; Barker, J., not sitting.

Collins C. Spencer, Respondent, v. Rowland Hall, Appellant.—Judgment affirmed Opinion by Haight, J. ; Barker, J., not sitting.

The Trustees of the First Baptist Society of Forestville, Respondent, v. Horatio N. Farnum and others, Appellants. — Judgment and order affirmed. Opinion by Barker, J. ; Haight, J., not sitting.

John Kenally, Respondent, v. John Sellick, Appellant. — Judgment of the County Court and that of the justice reversed, with costs. Opinion by Barker, J.; Bradley, J., not voting.

Ambrose Fowler, Respondent, v. The Howe Machine Company, Appellant. — Judgment reversed, and a new trial ordered before another referee, with costs to abide the event. Opinion by Barker, J.

Robert Simpson, Respondent, v. George B. Swikchard, Appellant. — Judgment reversed on a question of fact, and new trial granted before another referee, with costs to abide the event, unless the plaintiff stipulates within twenty days after service of a copy of this order to deduct from the judgment $133.34 with interest thereon from April 30, 1879, and in that event the judgment so modified affirmed, without costs of this appeal to either party. Opinion by Bradley, J.

Thomas C. Parkhurst, Respondent, v. Lena Mitchell, Appellant.—Judgment of the County Court affirmed, with costs. Opinion by Rumsey, J.

In the Matter of the Petition of William H. Dewey.—Order affirmed, with ten dollars costs and disbursements. Opinion by Barker, J.

Elijah Youngs, Sheriff, etc., Appellant, v. Clarence H. Williams, Executor, etc., Respondent.— Judgment affirmed on the opinion of the referee. Barker, J., dissents and reads for reversal.

The People of the State of New York, Respondent, v. Erastus Newton, Appellant. — Judgment and conviction reversed and new trial ordered ; proceedings remitted to the Court of Sessions of Erie county. Opinion by Bradley, J.

The Mercantile Trust Company, Appellant. v. The Rochester and Ontario Belt Railroad Company, Defendant, and Joseph C. Tone, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Lewis, J.

Lewis E. Smith, Respondent, v. Elizabeth Askin, Appellant — Order affirmed, without costs. Opinion by Lewis, J.

William Manning, Appellant, v. Peter Ennis, Respondent.—Judgment affirmed, with costs. Opinion by Bradley, J.

The People of the State of New York, Respondent, v. Joseph Callahan, Appellant, Impleaded,